**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-4319**

_____

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DAVID P. SHURLAND,

                              Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CR-98-392)

_____

Submitted:  January 31, 2000          Decided:  March 7, 2000

_____

Before WIDENER, WILLIAMS, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sherri A. Thaxton, SHERRI A. THAXTON, P.C., Richmond, Virginia, for Appellant.  Helen Fahey, United States Attorney, Sara E. Flannery, Special Assistant United States Attorney, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David P. Shurland appeals from a one-day sentence imposed following his guilty plea to entering a military installation after having been removed, 18 U.S.C.A. § 1382 (West 1984 & Supp. 1999 ). We have reviewed the evidence and find that the district court did not abuse its discretion in denying Shurland's Fed. R. Crim. P. 32(d) motion to withdraw his guilty plea. See United States v. Moore, 931 F.2d 245, 248 (4th Cir. 1991). Accordingly, we affirm his conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED